# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130700(18)

LEONOR CASTELLON,
        Plaintiff-Appellant,

v

DELPHI AUTOMOTIVE SYSTEMS
CORPORATION,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130700
COA: 265650
WCAC: 04-000316

      On order of the Court, the motion for reconsideration of this Court's order of June 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WEAVER, J., would grant reconsideration.

      KELLY, J., would grant reconsideration and, on reconsideration, would remand to the magistrate for the reasons given in her previous statement in this case, *Castellon v Delphi Automotive Systems Corporation*, 475 Mich 898 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

p0918